IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0696

_____

IN THE MATTER OF:

D.A., L.A., F.A.,                                              O R D E R

          Youths in Need of Care.

_____

Upon consideration of Mother and Appellant's Unopposed Motion For Extension Of Time, and with good cause shown, Mother and Appellant S.T. is hereby granted an extension of time until June 16, 2023 in which to prepare, file and serve Mother and Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 15 2023